UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$40,000.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br>RICHARD EVANS,<br><br>    Claimant.<br>_____ | No.: CV 17-03803-PSG(JPRx)<br><br>**[PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff United States of America (the "government") and claimant Richard Evans ("Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have in the defendant, namely, $40,000.00 in U.S. Currency (the "defendant currency").

1       This civil forfeiture action was commenced on May 19, 2017.
2 Notice was given and published according to law.  Claimant filed
3 a claim and notice of interested parties on June 26, 2017 (Dkts.
4 11 & 12), and an answer on July 17, 2017 (Dkt. 16).  No other
5 claims or answers were filed, and the time for filing claims and
6 answers has expired.
7       The Court has been duly advised of and has considered the
8 matter.  Based upon the mutual consent of the parties hereto and
9 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
10 **AND DECREES** that the entirety of the defendant currency
11 ($40,000.00), plus all interest earned on the entirety of the
12 defendant currency since seizure, is hereby forfeited to the
13 United States, and no other right, title or interest shall exist
14 therein.  The government shall dispose of the defendant
15 according to law.

///

///

///

Each of the parties shall bear its own fees and costs in connection with this seizure, retention and return of the defendant currency.

DATED: 2/5, 2018

PHILIP S. GUTIERREZ
---
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ *Frank D. Kortum*
---
FRANK D. KORTUM
Assistant United States Attorney


Attorney for Plaintiff
UNITED STATES OF AMERICA